[No. 49369-8-I.   Division One.   November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09674-3, Helen Halpert, J., entered October 15, 2001. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker, C.J., and Appelwick, J.

[No. 49413-9-I.   Division One.   November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE ALBERT FRANKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08246-7, Charles W. Mertel, J., entered October 1, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, C.J., and Agid, J.

[Nos. 49433-3-I; 50232-8-I.   Division One.   November 12, 2002.]

*In the Matter of the Estate of* RAYMOND RENTFROW.

Appeals from a judgment of the Superior Court for King County, No. 00-4-01306-7, Carlos Velategui, Kim Prochnau, and Stephen Gaddis, JJ. Pro Tem., entered March 7, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 49510-1-I.   Division One.   November 12, 2002.]

*In the Matter of the Marriage of* RENEE V. KAYE, *Respondent*, and JAMES P. KAYE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-3-00131-9, Steven J. Mura, J., entered November 16, 2001. *Reversed in part* by unpublished per curiam opinion.